# UNITED STATES DISTRICT COURT

for the

Oregon District of Portland

_____ Division

Brandon Nicholas Gilpin
_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

~~See attached~~ See attached
_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. 3:23-cv-01037-IM
_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Brandon Nicholas Gilpin
All other names by which you have been known: Swerv; Brandon, Nicholas-Gilpin Beneficiary
ID Number: SID# 26837943
Current Institution: Clackamas County Jail
Address: 2206 Kaen Road
Oregon City, OR, 97405-4090
City / State / Zip Code

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Lt. Barb McCullough
Job or Title *(if known)*: Lt. Clackamas County Sheriff Deputy
Shield Number:
Employer: Clackamas County Sheriff's Office - Jail
Address: 9101 SE Sunnybrook Blvd.
Clackamas, OR, 97015
City / State / Zip Code
[X] Individual capacity  [X] Official capacity

Defendant No. 2
Name: Captain Eby
Job or Title *(if known)*: Captain Sheriff's Deputy
Shield Number:
Employer: Clackamas County Sheriff's Office - Jail
Address: 2206 Kaen Rd
Oregon City, OR, 97405-4090
City / State / Zip Code
[ ] Individual capacity  [ ] Official capacity

Page 2 of 11

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

City    State    Zip Code

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

    ☑ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Prevention of familial phone contact, video contact, mail contact; I have been blocked from contacting my Mother Pamela Satterfield at ph# 719-621-3604 and 719-257-1822 | 1021 N. Market Plaza Drive Ste 107, Pueblo West, CO 81007

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

1st and 5th Amendment Rights

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Pursuant to D.C. NO. 4:17-cv-00597-CKJ Tiedemann v. Blanckensee, 2023 U.S. App. Lexis 16768 First and Fifth Amendment rights to familial association

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [✓] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

The block on my phone account by the Clackamas County Jail Facility was put in place by LT. Barb McCullough around March for allegedly attempting to violate facility rules and Cpt. Eby signed off on her actions as he is facility Coordinator

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

See A.)

C. What date and approximate time did the events giving rise to your claim(s) occur?

Approximately around March 11, 2023 the block was placed on my inmate phone account between myself and (My mother) Pamela D. Satterfield

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Impeding upon 1st and 5th Amendment rights to free association and familial contact by Barb McCullough & Cpt. Eby or by their authority it was placed. Pamela Satterfield, Jerry Satterfield, Kenneth Satterfield were the intended targets of No-contact block

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Violation of substantive due process and equal protection

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

My three family members which are currently blocked are very sick and age stricken. I feel that $3 million dollars should cover possible debts, burials, ceremonies etc. should any of these familial associates pass away
$1 million dollars per family member × 3 members = $3 million

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Clackamas County Jail (post facial re-construction surgery)

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
The claims of all familial contact blocks on my inmate phone account

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E. If you did file a grievance:

1. Where did you file the grievance?

Clackamas County Jail

2. What did you claim in your grievance?

I claimed that it was illegal and unconstitutional to punish me by retaliation method through way of

3. What was the result, if any?

LT. Barb McCullough said that my contacts (my familial contacts) are blocked and will remain blocked for the duration of my incarceration at Clackamas County Jail

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed to the extent that LT. Barb McCullough closed the grievances do to rule violations allegedly according to her and jail staff merited the call blocks

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

   *I filed numerous grievances which were closed unsustained status*

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

   *Sgt. Heidi Whooster DPSST#: 52428 was informed in person pertaining to the calls being blocked for purpose of chain of command protocol but I was numerous times*

   (Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*NA*

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☒ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit
      Plaintiff(s) _____
      Defendant(s) _____

   2. Court *(if federal court, name the district; if state court, name the county and State)*
      _____

   3. Docket or index number
      _____

   4. Name of Judge assigned to your case
      _____

   5. Approximate date of filing lawsuit
      _____

   6. Is the case still pending?
      ☐ Yes
      ☐ No
      If no, give the approximate date of disposition. _____

   7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
      _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?
      NO

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:

Signature of Plaintiff: X Busha Hilf

Printed Name of Plaintiff: Brandon Nicholas Gilpin

Prison Identification #: 26837943

Prison Address: 2206 Kaen Road

Oregon City, Oregon 97405-4090

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

City    State    Zip Code

Telephone Number

E-mail Address

Lt. Barb McCullough has prevented all contact with my mother Pamela D. Satterfield, and Uncle Jerry Satterfield, As well as my Uncle Kenneth Satterfield via phone and US postal service violating my 1st and 5th amendment rights to familial contact afforded to every prisoner

Name/ Brandon Nicholas Gilpin
SID # 2683 7943
Clackamas County Jail
2206 Kaen Rd.
Oregon City, OR 97045

Indigent Official Legal

Outgoing Legal Mail

- Official Business

US POSTAGE PITNEY BOWES
ZIP 97045 $ 001.11⁰
0001404531 JUL 13 2023

United States District Court
District OF Oregon
740 United States Courthouse
1000 SW Third Avenue
Portland Oregon 97204-2902