IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **BRANDON NICHOLAS GILPIN**, <br><br> Plaintiff, <br><br> v. <br><br> **LT. BARB MCCULLOUGH** *et al.*, <br><br> Defendants. | Case No. 3:23-cv-01037-IM <br><br> **ORDER OF DISMISSAL** |

**IMMERGUT, District Judge.**

    Plaintiff Brandon Nicholas Gilpin, an individual in custody at the Clackamas County Jail, brings this civil rights action pursuant to 42 U.S.C. § 1983. On August 4, 2023, the Court denied Plaintiff's application to proceed *in forma pauperis* and ordered Petitioner to pay the $402.00 filing fee within thirty days (ECF No. 4). The Court advised Plaintiff that failure to do so within the specified time would result in the dismissal of this action.

    To date, Plaintiff has not paid the filing fee. Accordingly, the Court ORDERS that this action is DISMISSED, without prejudice.

    **IT IS SO ORDERED.**

    DATED this  10th  day of October, 2023.

                                                         Karin J. Immergut <br>
                                                         United States District Judge